UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAIM SARWAR,

                Plaintiff,

v.

EXPERT HOSPITALITY LLC,

                Defendant.
_____

By **February 3, 2021**, and pursuant to Local Civil Rule 55.1, Plaintiff shall file a request for a Clerk's Certificate of Default, an affidavit, and a proposed Clerk's Certificate of Default form (available at nysd.uscourts.gov/forms/clerks-certificate-default).  The Clerk of Court is respectfully directed to close the entry at Docket No. 6.

SO ORDERED

Dated:  January 28, 2021
             New York, New York

*[Signature: Lorna G. Schofield, United States District Judge]*

1:20-cv-10529

REQUEST FOR ENTRY OF DEFAULT

    Plaintiff, SAIM SARWAR, requests that the Clerk of Court enter Default against Defendant, EXPERT HOSPITALITY LLC, pursuant to Federal Rule of Civil Procedure 55(a).  In support of this request Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated January 13, 2021

                                        __*/s/ Tristan W. Gillespie*_____
                                           Attorney for Plaintiff