UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAIM SARWAR,
                              Plaintiff,

                              20 Civ. 10529 (LGS)

            -against-

                              ORDER

EXPERT HOSPITALITY,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order, dated February 2, 2021 (Dkt. No. 11) (the "Order"), directed Plaintiff to serve a copy of the Order on Defendant and file proof of service by February 4, 2021.

      WHEREAS, Plaintiff has not served a copy of the Order.  It is hereby

      **ORDERED** that as soon as possible and by **February 8, 2021**, Plaintiff shall serve a copy of the Order on Defendant and file proof of service.

Dated: February 5, 2021
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**