UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                            :
SAIM SARWAR,                              :
                          Plaintiff,    :
                                                         :          20 Civ. 10529 (LGS)
                  -against-                  :
                                                         :          <u>ORDER</u>
EXPERT HOSPITALITY,                :
                                                         :
                          Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order to Show Cause, dated February 8, 2021 (Dkt. No. 20) (the "Order"), directed Plaintiff to serve a copy of the Order and supporting papers on Defendant and file proof of service by February 18, 2021.

WHEREAS, Plaintiff has not filed proof of service. It is hereby

**ORDERED** that as soon as possible and by **February 22, 2021**, Plaintiff shall serve a copy of the Order and supporting papers on Defendant and file proof of service.

Dated: February 19, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**