```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SAIM SARWAR,                                                :
                                Plaintiff,                  :
                                                            :   20 Civ. 10529 (LGS)
                -against-                                   :
                                                            :        ORDER
EXPERT HOSPITALITY,                                         :
                                                            :
                                Defendant.                  :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 3, 2021, Judge Aaron issued a Report and Recommendation to grant in part Plaintiff's motion for attorneys' fees, costs, litigation expenses and expert fees (Dkt. No. 26).

WHEREAS, as stated in Judge Aaron's March 3, 2021, Report and Recommendation, the deadline for any objections was March 17, 2021 (Dkt. No. 26).

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Niles v. O'Donnell*, No. 17 Civ. 1437, 2019 WL 1409443, at *1 (S.D.N.Y. Mar. 28, 2019).

WHEREAS, the Court finds no clear error on the face of the record. It is hereby

**ORDERED** that the Report and Recommendation is adopted.  For the reasons stated in the Report and Recommendation, Plaintiff is awarded $5,000.00 in attorney's fees and $865.00 in costs and expenses (i.e., $400.00 filing fee, $140.00 for service of process and $325.00 in expert

fees).

      The Clerk of Court is respectfully directed to close the motion at docket no. 24 and the case.

Dated: March 22, 2021
       New York, New York

                                                  **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**