UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAIM SARWAR,
                              Plaintiff,

                          20 Civ. 10529 (LGS)

        -against-

                          ORDER

EXPERT HOSPITALITY,

                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Plaintiff has filed an application for a writ of execution against property. It is hereby

    **ORDERED** that Plaintiff shall follow the instructions for submitting any writ of execution to the Clerk's Office of the Southern District of New York.[1]

Dated: April 6, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE

---

[1] Instructions are available at: https://www.nysd.uscourts.gov/forms/writ-execution-against-property.