UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SAIM SARWAR,

                Plaintiff,

    v.                                              1:20-cv-10529

EXPERT HOSPITALITY LLC,

                Defendant.
_____

## **FINAL JUDGMENT**

    WHEREAS, on 3/23/2021, this Court found Defendant, Expert Hospitality LLC, in default and ordered Defendant to pay $5865 in total costs and fees to Plaintiff;

    AND WHEREAS Plaintiff is in need a Final Judgment in order for the Clerk of this Court to sign a Writ of Execution;

    NOW, THEREFORE, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant, Expert Hospitality LLC, shall pay $5865 in total costs and fees to Plaintiff.

Dated: April 26, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE